**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LATASHA WILSON** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:08CV58 DPJ-JCS**

**NAPA AUTO PARTS** **DEFENDANT**

**JUDGMENT**

Based on Plaintiff's failure to comply with Magistrate Judge Sumner's orders, along with her failure to prosecute, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2008.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE